# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIRECTV, INC.,**

        **Plaintiff,**

-vs-                                         **Case No. 6:04-cv-974-Orl-31JGG**

**LARRY J. CANATSEY,**

        **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's post-judgment motions (Docs. 14 and 16).

On August 15, 2005, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    That the Plaintiff's post-judgment motions (Docs. 14 and 16) are DENIED for want of subject matter jurisdiction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 2nd day of September, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE